**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00611-CV

## IN RE DIXIE FRANKLIN, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-07141-T**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
        JUSTICE